**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**ALYSSA PIRAINO, ESQ.**
Nevada Bar No. 14601
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEREK MYERS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> JASON POTTS, an individual, <br><br> Defendant. | CASE NO. 2:25-cv-01543-RFB-NJK <br><br> **STIPULATION AND PROPOSED ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT JASON POTTS' MOTION TO DISMISS [ECF NO. 4]** |

**IT IS HEREBY STIPULATED** between Plaintiff, DEREK MEYERS, by and through his counsel Adam J. Breeden, Esq. and Alyssa N. Piraino, Esq. of BREEDEN & ASSOCIATES, PLLC, and Defendant, JASON POTTS, by and through his counsel of record Nechole Garcia, Esq. (hereinafter referred to as "Defendant"), that:

[remainder of page intentionally blank]

1  **IT IS HEREBY STIPULATED** that Plaintiff shall have until Tuesday, September 30, 2025
2  to file their Response to Defendant Jason Potts' Motion to Dismiss [ECF NO. 4].
3  **IT IS FURTHER STIPULATED** that Defendant shall have until Tuesday, October 14,
4  2025, to file their Reply to Plaintiff's Response.
5  **IT IS SO STIPULATED AND AGREED.**

6  Dated this 23rd day of September, 2025.              Dated this 23rd day of September, 2025.

7  **BREEDEN & ASSOCIATES, PLLC**                      **CITY ATTORNEY**

8  /s/ Alyssa Piraino, Esq.                             /s/ Nechole Garcia, Esq.

**ADAM J. BREEDEN, ESQ.**                              **NECHOLE GARCIA, ESQ.**
Nevada Bar No. 008768                                  Nevada Bar No. 12746
**ALYSSA PIRAINO, ESQ.**                               Chief Deputy City Attorney
Nevada Bar No. 14601                                   **PAUL MATA, ESQ.**
7432 W. Sahara Ave., Suite 101                         Nevada Bar No. 14922
Las Vegas, Nevada 89117                                Deputy City Attorney
Phone: (702) 819-7770                                  495 S. Main Street, Sixth Floor
Fax: (702) 819-7771                                    Las Vegas, NV 89101
Adam@Breedenandassociates.com                          *Attorneys for Defendants*
*Attorneys for Plaintiffs*

**IT IS SO ORDERED**

**DATED:** September 24, 2025

2