# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DEREK MYERS, an individual,

       Plaintiff,

v.

JASON POTTS, an individual,

      Defendant.

CASE NO. 2:25-cv-01543-RFB-NJK

**ORDER GRANTING**
**NOTICE OF DISASSOCIATION OF COUNSEL**

PLEASE TAKE NOTICE that ALYSSA N. PIRAINO, ESQ. is no longer associated with BREEDEN & ASSOCIATES, PLLC and should be removed from the Service List in this case.

ADAM J. BREEDEN, ESQ. will remain as counsel for Plaintiff, DEREK MYERS.

DATED this 27th day of February, 2026.

**BREEDEN & ASSOCIATES, PLLC**

*/s/ Adam J. Breeden, Esq.*

**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

**IT IS SO ORDERED**
Dated: March 3, 2026

_____
Nancy J. Koppe
United States Magistrate Judge