**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DEREK MYERS, an individual,

        Plaintiff,

v.

JASON POTTS, an individual,

        Defendant.

CASE NO. 2:25-cv-01543-RFB-NJK

**STIPULATION AND PROPOSED ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF TO FILE HIS REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 18]**

     **IT IS HEREBY STIPULATED** between Plaintiff, DEREK MEYERS, by and through his counsel Adam J. Breeden, Esq. and Alyssa N. Piraino, Esq. of BREEDEN & ASSOCIATES, PLLC, and Defendant, JASON POTTS, by and through his counsel of record Nechole Garcia, Esq. (hereinafter referred to as "Defendant"), that:

[remainder of page intentionally blank]

**IT IS HEREBY STIPULATED** that Plaintiff shall have up to and including May 13, 2026 to file his Reply in Support of Plaintiff's Motion for Summary Judgment [ECF NO. 18].

**IT IS SO STIPULATED AND AGREED.**

Dated this 6th day of May, 2026.

**BREEDEN & ASSOCIATES, PLLC**

**/s/ Adam J. Breeden, Esq.**

**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiffs*

Dated this 6th day of May, 2026.

**CITY ATTORNEY**

*/s/ Nechole Garcia, Esq.*

**NECHOLE GARCIA, ESQ.**
Nevada Bar No. 12746
Chief Deputy City Attorney
**PAUL MATA, ESQ.**
Nevada Bar No. 14922
Deputy City Attorney
495 S. Main Street, Sixth Floor
Las Vegas, NV 89101
*Attorneys for Defendants*

**IT IS SO ORDERED**

**DATED:** ___5/12/2026___