AO 133 (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| Derek Myers | ) | |
| v. | ) ) | Case No.:    2:25-cv-01543-JAD-NJK |
| Jason Potts | ) ) ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __07/13/2026__ against __Plaintiff, Derek Myers__ ,
                                                             *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 2,685.50 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. § 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL    $ | 2,685.50 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

     I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service      ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney:    __Nechole Garcia__

Name of Attorney:    __Nechole Garcia__

For:  __Jason Potts__      Date: __07/14/2026__
    *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

| Clerk of Court | Deputy Clerk | Date |
|---|---|---|

AO 133  (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## **CERTIFCATE OF SERVICE**

I hereby certify that on July 14, 2026, I served a true and correct copy of the following BILLS OF COSTS through the CM/ECF system of the United States District Court for the District of Nevada to the parties of records.

/s/ Ryann Milton
AN EMPLOYEE OF THE CITY OF LAS VEGAS

*Derek Myers v. Jason Potts*
USDC Case No. 2:25-cv-01543-JAD-NJK

## **Memorandum in Support of Bill of Costs**

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case:

Videographer for Deposition of Derek Myers.....................................$800.00

Transcript for Deposition of Derek Myers ..........................................$890.75

Transcript for Deposition of Jason Potts .............................................$994.75

**DECLARATION OF NECHOLE GARCIA
IN SUPPORT OF DEFENDANT'S BILL OF COSTS**

I, NECHOLE GARCIA, declare as follows:

1. I am an attorney duly admitted to practice in all of the courts of the state of Nevada and am a Chief Deputy City Attorney for the Las Vegas City Attorney's Office, representing Jason Potts in this action. I have personal knowledge of the facts stated herein, and I am competent to testify to the facts as stated herein.

2. I make this declaration in good faith and in support of Defendant's Bill of Costs.

3. I declare that I have personal knowledge of the above costs and disbursements expended; that the items contained in the above memorandum are true and correct to the best of my knowledge and belief; and that the said disbursements have been necessarily incurred and pain in this action.

4. I declare under penalty of perjury and under the laws of the United State of America that the foregoing is true and correct and that this declaration was executed on July 14, 2026.

DATED: July 14, 2026.

/s/ Nechole Garcia
NECHOLE GARCIA



**ROCKET REPORTERS**

Rocket Reporters
6070 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
702.876.2538 (702.8Rocket) - Firm #064F
Payments@RocketReporters.com

# INVOICE

City of Las Vegas, Office of the City Attorney
ATTN: Nechole Garcia, Esq.
495 S. Main Street
6th Floor
Las Vegas, NV  89101

| | |
|---|---|
| **Invoice Number:** | **213544** |
| Invoice Date: | 02/11/2026 |
| Job Number: | 112004 |

In Re:    Myers v Potts
Case Number: 2:25-cv-1543-RFB-NJK
Attendance Date: 01/26/2026, 10:00 a.m.

Description

**Deposition of Derek Myers - Videographer**

Invoice Total:                    800.00

---

Invoice disputes must be made within 30 days.

**Please remit to
Rocket Reporters, LLC
6070 S. Eastern, Suite 200
Las Vegas, NV 89119**

---

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

No credit is extended to attorney's clients or other third parties.
In accepting performance of our services, attorney acknowledges
and agrees to pay all costs of collection, including attorney's fees and court costs.



**ROCKET REPORTERS**

Rocket Reporters
6070 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
702.876.2538 (702.8Rocket) - Firm #064F
Payments@RocketReporters.com

# INVOICE

City of Las Vegas, Office of the City Attorney
ATTN: Nechole Garcia, Esq.
495 S. Main Street
6th Floor
Las Vegas, NV  89101

| | |
|---|---|
| **Invoice Number:** | **213479** |
| Invoice Date: | 02/11/2026 |
| Job Number: | 112004 |

In Re:   Myers v Potts
         Case Number: 2:25-cv-1543-RFB-NJK
         Attendance Date: 01/26/2026, 10:00 a.m.

Description

**Deposition of Derek Myers**

Invoice Total:                    890.75

---

Invoice disputes must be made within 30 days.

**Please remit to
Rocket Reporters, LLC
6070 S. Eastern, Suite 200
Las Vegas, NV 89119**

---

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

No credit is extended to attorney's clients or other third parties.
In accepting performance of our services, attorney acknowledges
and agrees to pay all costs of collection, including attorney's fees and court costs.

**Lexitas**
400 South Seventh Street Suite 110
Las Vegas, NV 89101
Phone: 702-476-4500



Nechole M. Garcia
City of Las Vegas
495 South Main Street
Sixth Floor
Las Vegas, NV 89101

## *Invoice #82138*

| Date | Terms |
|------|-------|
| 02/26/2026 | Net 30 |

| Job #63566 on 02/12/2026 at 9:00 AM PT | |
|---|---|

| | | | |
|---|---|---|---|
| **Case:** | Derek Myers v. Jason Potts | **Shipped On:** | 02/26/2026 |
| **Docket#:** | 2:25-cv-01543-RFB-NJK | **Shipped Via:** | Electronic |
| | | **Delivery Type:** | Standard |

| Description | Units |
|---|---|
| **Copy Transcript of Jason Potts  Vol: I** | |

| | |
|---|---|
| Amount Due: | $ 994.75 |
| Paid: | $ 0.00 |

| | |
|---|---|
| **Balance Due:** | **$ 994.75** |
| **Payment Due:** | **03/28/2026** |

IF PAYING AFTER PAYMENT DUE DATE, AMOUNT DUE IS:       **$ 1,094.23**

**PLEASE REMIT PAYMENT TO:**
**Lexitas**
**P.O. Box 734298, Dept. 2036**
**Dallas, TX  75373-4298**

**PAY ONLINE at https://www.lexitaslegal.com/**

Ordered transcripts include a fully hyperlinked word index and archival of transcripts, invoices and exhibits.  All invoices payable upon receipt.  Past-due accounts are subject to a late fee and accrue interest at a rate of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments will be made after 30 days.  Payment is not contingent upon client or insurance carrier reimbursement.

**EIN:  46-4363191**

**Lexitas operates in all 50 states and is licensed where required. Nevada registration #116F. California Firm Registration #179. Thank you for your business!**