**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
376 E. Warm Springs Road, Suite 120
Las Vegas, NV 89119
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DEREK MYERS, an individual,

       Plaintiff,

v.

JASON POTTS, an individual,

      Defendant.

CASE NO. 2:25-cv-1543-RFB-NJK

**PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given, pursuant to Rule 3 and Rule 4 of the Federal Rules of Appellate Procedure, that Plaintiff Derek Myers, by and through his counsel of record, Adam J. Breeden, Esq. of Breeden & Associates, PLLC, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Summary Judgment in Favor of Defendant [ECF No. 30] and the Judgment in a Civil Case [ECF No. 31], both entered in this action on July 13, 2026, and from each and every part thereof.

[remainder of page intentionally blank]

This appeal is timely brought within thirty (30) days of the entry of the Judgment as required under Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure.

Dated this 28th day of July, 2026.

**BREEDEN & ASSOCIATES, PLLC**

*/s/ Adam J. Breeden*

**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
376 E. Warm Springs Rd., Suite 120
Las Vegas, NV 89119
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of July, 2026, I served a copy of the foregoing legal document, **NOTICE OF APPEAL** via the method indicated below:

| | |
|---|---|
| X | Through the Court's ECF/CM system on all registered users |
| | Pursuant to FRCP 5, by placing a copy in the US mail, postage pre-paid to the following counsel of record or parties in proper person:<br><br>NECHOLE GARCIA, ESQ.<br>PAUL MATA, ESQ<br>495 S. Main Street, Sixth Floor<br>Las Vegas, NV 89101<br>*Attorneys for Defendants* |
| | Via receipt of copy (proof of service to follow) |

An Attorney or Employee of the following firm:

/s/ *Kirsten Brown*

**BREEDEN & ASSOCIATES, PLLC**

3