# EXHIBIT A

*Myers' Public Comments About Case*

# EXHIBIT A

