# EXHIBIT B

*Excerpt from Myers'*

*Deposition Transcript*

# EXHIBIT B

Derek Myers
Myers vs Potts

page 46

A. I believe the City was concerned about the civil litigation being refiled under another litigant.

Q. So did the City say no? Was it -- let me rephrase that.

Was it the City the party that refused to settle, in your mind? Or --

A. I don't -- what was relayed to me was third party through my attorney, and he told me that --

MR. BREEDEN: Well --

MS. GARCIA: Yeah, I don't want to get into your --

MR. BREEDEN: Yeah, I have to object. We can't discuss things that were discussed with any of your attorneys. It's attorney-client privilege.

So that's the objection. I instruct the witness not to answer on that behalf.

Maybe if you could rephrase.

MS. GARCIA: Yes.

BY MS. GARCIA:

Q. How did the City respond to your settlement offer, without telling me what your attorney said.

A. I wasn't in the room for the discussion.

Q. Does that mean you don't know?

A. What was handed to me was third party through my attorney.

page 47

Q. Okay. When did you become aware that Chief Potts had limited who could reply to his posts?

A. I believe it was April of 2025.

Q. How did you become aware of that?

A. I had gone onto his Twitter/X page to respond to something and found that I was ineligible to respond. It had been restricted to following and follower, mutual followers. So essentially what that means is he must follow you in order for you to respond. If you are not followed by his account, you're not able to respond.

Q. He didn't block you, though, correct?

A. I don't believe I have ever seen any blocks from Chief Potts in terms of hitting the block button on Twitter. He has restricted my access.

Q. You can still see his posts?

A. Correct.

Q. Have you ever sent private messages on Twitter?

A. Ever?

Q. Yeah.

A. Yes, of course.

Q. You can send private messages to individuals who haven't blocked you, correct?

A. It depends on the settings if they have their

page 48

private messages open to or not.

Q. Now, earlier we talked about re-tweets. Do you recall that conversation?

A. Of course.

Q. Can you still re-tweet Chief Potts' messages?

A. I don't recall the restrictions.

Q. Did you attempt to re-tweet his message?

A. I can't recall.

Q. Is there anything that could help you recall whether you've attempted to re-tweet his posts?

A. Yeah, you've provided a series of screenshots. If you have a screenshot where I've re-tweeted something after April, that would help me.

Q. So is it your testimony that you can re-tweet; you're just not sure if you have?

A. I believe the restrictions prevent me from replying, re-tweeting.

Q. And re-tweeting?

A. I believe so. I'm not an expert in Twitter.

Q. Would you be willing to, while we have the videographer here, log onto Twitter and see if you can re-tweet one of his posts?

A. I don't know my password. It's saved in my computer.

Q. How long have you had a Twitter account?

page 49

A. According to this, I joined in August of 2013.

Q. And you don't know your password?

A. No, I do not. Passwords are saved nowadays under what we call a password key book, so it's a series of letters and numbers that are chosen randomly, and they are saved into the computer. It prevents the ability for hackers.

Most people will know their password. They'll use a common password, and they'll share that across multiple platforms. I take the practice of having my passbook have, lack of a better word, encrypted series of alphanumeric numbers, and then they're saved into my devices, and --

Q. Including your phone?

A. Through the -- yes, there is a password, password book on my phone, yes.

Q. Do you have your phone?

A. One of my phones is with me, yes.

Q. And that phone has access to your X account?

A. I believe it does.

Q. Would you mind logging on and seeing if you can re-tweet one of Chief Potts' posts?

A. Sure.

Q. Thanks.

page 50

A. So here I have my iPhone 16, and I am opening the X app. I am going to type in the search bar Chief Jason --

Q. Can you maybe, once you've done that, hold it up so the camera can pick it up?

A. Certainly. Now, there is a reflective screen on here, so please let me know if you cannot see it, and I can readjust.

Q. Looks like we can.

A. Okay. Chief Jason Potts. Okay. So it does appear -- let's try this.

Here we are. Chief Jason Potts. So it shows here this is the @ChiefJasonPotts X account. It has his name. It says, "Proud to lead and serve with the men and women of the City of Las Vegas, a public safety, hashtag CLVDPS, hashtag corrections, hashtag deputy city marshals, hashtag animal protection." It says Las Vegas, Nevada, and it has a link to LasVegasNevada.gov/DPS account, alluding that this is his official capacity Twitter account.

Q. Okay. Can you attempt to re-tweet, please?

A. Okay. We'll just do his most recent one. It looks like one can quote, re-tweet, and view interactions.

Q. So you can quote? What else? Re-tweet?

page 51

A. Give me just a moment.

Q. Okay.

A. It says re-post, quote, and view post interactions. Under post interactions you can see no quotes have been made yet. Meaning, I would imagine if other public re-tweets have been made, and then re-posts would be that of those who have not made commentary.

Q. Would quote allow you to re-tweet and add some commentary in addition to the re-tweet, if that makes sense?

A. Sure, yes, it would.

Q. It would allow you to do that?

A. It would.

Q. So you are able to re-tweet Jason Potts' posts?

A. Currently as the settings are today, yes.

Q. And you're able to quote tweet his posts, correct?

A. Currently as the settings are today, yes.

Q. And in a quote tweet you could provide commentary on his posts, correct?

A. Yes, that would be displayed onto my profile, not on Chief Potts' profile.

Q. Okay. And how many followers do you have?

page 52

A. According to Twitter, let's find out. Approximately 11,000.

Q. Now, what happens if you re-tweet and tag -- well, first of all, let me back up for a second.

What does it mean to tag someone on Face -- or on X?

MR. BREEDEN: Are we done with the phone? Can he turn around and face the camera?

MS. GARCIA: Yeah, that's fine, yeah.

Thank you, Derek.

THE WITNESS: Thank you. I'm sorry. Could you re-ask your question?

BY MS. GARCIA:

Q. Sure. What does it mean to tag someone on X?

A. Well, I believe there are essentially, when you "at", you put the at symbol, which is the A with the little circle around it, you are putting their handle before -- what we know as a Twitter handle, which is assigned to each user identifying that user in the -- in the tweet.

So, for example, if we go to one of the previous exhibits that you have introduced, if we go to Exhibit C, you can see here where, on Exhibit C, I put Chief Jason Potts of @CityofLasVegas, @LasVegasDPS, those would be what you're speaking of, the at.

page 53

Q. Does tagging someone notify them that you're posting about them?

A. To my understanding, at least with my Twitter account, in the way that the settings are set up on my end, it would depend on how the user has their settings set up.

For me, I only have mine set up to notify me of certain people. Because as a journalist you can imagine I have a number of people that reach out to me with news tips and things, and so I try to limit my access. And, obviously, there are a number of people who are critical of me, too, so to preserve my mental health, I somewhat will turn off that ability to be -- have a push notification come through my phone or to my computer.

But the answer to your question, I don't know how Chief Potts has his account set up to know if he gets notified or not.

Q. And you just mentioned turning off certain notifications for your purposes of preserving your mental health?

A. Yes, ma'am.

Q. Can you elaborate on that a little bit?

A. Yes, ma'am. So, for example, after my arrest, as discussed earlier in this deposition, I was